No. 65001.—Beer Stern Import Corp. et al. *v.* United States, protests 297078–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of nylon ribbons similar in use to fabrics with fast edges, wholly or in chief value of silk, the claim of the plaintiffs was sustained.